UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Jason John,

                        Plaintiff,        CV-06-5615 (CPS)

    - against -                    ORDER OF
                                             DISCONTINUANCE
City of New York and Scott Giacona,

                        Defendant.

----------------------------------------X

       It having been reported to the Court that the above action has been settled, it is hereby

       ORDERED that the action is discontinued without costs and without prejudice to the right to reopen the action within 60 days if the settlement is not consummated.

       The Clerk is directed to transmit a copy of the within to all parties and to the assigned magistrate judge.

       SO ORDERED.

Dated :   Brooklyn, New York
           May 22, 2007                s/Hon. Charles P. Sifton
                                                     United States District Judge