

|  | **T**HE **C**ITY OF **N**EW **Y**ORK |  |
|---|:---:|---:|
| **MICHAEL A. CARDOZO** | **LAW DEPARTMENT** | **SHAWN D. FABIAN** |
| *Corporation Counsel* | 100 CHURCH STREET | Assistant Corporation Counsel |
|  | NEW YORK, NEW YORK 10007 | E-mail: shfabian@law.nyc.gov |
|  |  | Phone: (212) 788-0906 |
|  |  | Fax: (212) 788-9776 |

May 30, 2007

**BY HAND (with enclosures) AND ECF (without enclosures)**
The Honorable Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  <u>Jason John v. City of New York, et al.</u>, 06-CV-5615 (CPS)(MDG)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants City of New York and Scott Giacona in the above-referenced matter. Defendants write to advise Your Honor that the parties have reached an agreement on a settlement of this matter. Enclosed please find a fully executed Stipulation and Order of Settlement and Dismissal for Your Honor's signature and filing with the Clerk of the Court.

    Thank you for your consideration herein.

                                                                 Respectfully submitted,

                                                                 /s/

                                                                 Shawn D. Fabian (SF 4606)
                                                                 Assistant Corporation Counsel
                                                                 Special Federal Litigation Division

    cc:    Duane C. Felton, Esq. (By ECF and First Class Mail)
             Attorney for Plaintiff
             805 Castleton Avenue
             Staten Island, New York 10310-1804